# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

STATE OF WASHINGTON, )
)
     Respondent, )
)
v. )
)
SHERIFF JABANG, )
)
     Appellant. )
)
_____ )

No. 77969-9-I

UNPUBLISHED OPINION

FILED: MAR 1 1 2019

2019 MAR 11 PM 1:00
COURT OF APPEALS-DIV.I
STATE OF WASHINGTON
FILED

PER CURIAM — Sheriff Jabang challenges legal financial obligations imposed following his jury convictions for second degree identity theft and possession of a controlled substance. Jabang contends, and the State concedes, that the $200 criminal filing fee and $100 DNA collection fee should be stricken from his judgment and sentence due to his indigence, previous DNA collection, statutory amendments, and State v. Ramirez, 191 Wn.2d 732, 746-50, 426 P.3d 714 (2018).

We accept the State's concessions and remand for the trial court to strike the filing and DNA collection fees from the judgment and sentence.

FOR THE COURT:

_Mann, A.C.J._

_Schindler, J._

_Smith, J._